```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  SEP - 3 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to: 18-cv-09797,
18-cv-09836, 18-cv-09837, 18-cv-09838,
18-cv-09839, 18-cv-09840, 18-cv-09841

MASTER DOCKET

18-md-2865 (LAK)

### STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SKATTEFORVALTNINGEN'S MOTION TO DISMISS THE UTAH PLAN DEFENDANTS' COUNTERCLAIMS

IT IS HEREBY STIPULATED AND AGREED by and between Counterclaim-Plaintiffs in the above-captioned related actions (the "Utah Plans") and Counterclaim-Defendant Skatteforvaltningen ("SKAT") that the briefing schedule for SKAT's motion to dismiss the Utah Plans' Counterclaims (Doc. No. 179) filed by SKAT on August 19, 2019 (the "Motion") is modified as follows:

1. The Utah Plans' current September 3, 2019 deadline to submit a response to the Motion is hereby extended seven (7) days up to and including September 10, 2019.

2. SKAT's deadline to submit a reply in further support of its Motion shall be September 24, 2019.

This is the parties' first request to modify the briefing schedule of the Motion.

Dated: August 23, 2019

By: /s/ Sarah L. Cave (e-signed with consent)  
    Sarah L. Cave  
    HUGHES HUBBARD & REED LLP  
    One Battery Park Plaza  
    New York, NY 10004  
    T: (212) 837-6000  
    F: (212) 422-4726  
    sarah.cave@hugheshubbard.com

    *Counsel for Plaintiff/Counterclaim-*  
    *Defendant Skatteforvaltningen*

By: /s/ John C. Blessington  
    John C. Blessington (*pro hac vice*)  
    K&L GATES LLP  
    State Street Financial Center  
    One Lincoln Street  
    Boston, MA 02111  
    T: 617.261.3100  
    F: 617.261.3175  
    john.blessington@klgates.com

    *Counsel for Defendants/Counterclaim-*  
    *Plaintiffs DW Construction, Inc.*  
    *Retirement Plan, Kamco Investments,*  
    *Inc. Pension Plan, Kamco LP Profit*  
    *Sharing Pension Plan, Linden*  
    *Associates Defined Benefit Plan,*  
    *Moira Associates Defined Benefit*  
    *Plan, Riverside Associates Defined*  
    *Benefit Plan, American Investment*  
    *Group of New York, L.P. Pension*  
    *Plan, Stacey Kaminer, Joan Schulman,*  
    *and David Schulman*

SO ORDERED:

Hon. Lewis A. Kaplan  
United States District Judge

9/3/19

2