UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:   18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [~~PROPOSED~~] ORDER
## EXTENDING TIME TO ANSWER OR RESPOND TO AMENDED COMPLAINTS

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and defendants DW Construction, Inc. Retirement Plan, Kamco Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, Moira Associates 401(K) LLC Plan, Riverside Associates Defined Benefit Plan, American Investment Group of New York, L.P. Pension Plan, Newsong Fellowship Church 401(k) Plan, Stacey Kaminer, Joan Schulman, David Schulman, Alexander Jamie Mitchell III, Darren Wittwer, Louise Kaminer, Robert Crema, and Acer Investment Group, LLC (the "Defendants" and with SKAT, the "Parties") that the time for the Defendants to answer or otherwise respond to the amended complaints filed by SKAT pursuant to the Court's Order dated April 13, 2020 [Doc. No. 317] shall be extended to and including Thursday, July 2, 2020.

This is the Parties' second request to modify the time for answering or responding to SKAT's amended complaints. On May 14, 2020, this court granted SKAT and the Consolidated Defendants' (including the Defendants) first request to extend the time to answer or respond to

SKAT's amended complaints to June 29, 2020. [Doc. No. 336].

Dated: June 25, 2020

By: /s/ Marc A. Weinstein
Marc A. Weinstein
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
marc.weinstein@hugheshubbard.com

By: /s/ John C. Blessington
John C. Blessington
K&L Gates LLP
One Lincoln Street
State Street Financial Center
One Lincoln Street
Boston, MA 02111
T: 617.261.3100
john.blessington@klgates.com

*On behalf of Plaintiff Skatteforvaltningen*

*On behalf of DW Construction, Inc. Retirement Plan, Kamco Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, Moira Associates 401(K) LLC Plan, Riverside Associates Defined Benefit Plan, American Investment Group of New York, L.P. Pension Plan, Newsong Fellowship Church 401(k) Plan, Stacey Kaminer, Joan Schulman, David Schulman, Alexander Jamie Mitchell III, Darren Wittwer, Louise Kaminer, Robert Crema, and Acer Investment Group, LLC*

SO ORDERED:

_____
Hon. Lewis A. Kaplan          6/26/2020

United States District Judge

-2-