| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION<br>OF THE KINGDOM OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX<br>REFUND LITIGATION<br><br>This document relates to: 1:18-cv-05053-LAK;<br>1:18-cv-09797-LAK; 1:18-cv-09836-LAK;<br>1:18-cv-09837-LAK; 1:18-cv-09838-LAK;<br>1:18-cv-09839-LAK; 1:18-cv-09840-LAK;<br>1:18-cv-09841-LAK; 1:18-cv-10100-LAK | MASTER DOCKET<br><br>Case No.: 1:18-md-02865-LAK |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

# STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S TIME TO RESPOND TO ACER INVESTMENT GROUP, LLC, DARREN WITTWER, AND ROBERT CREMA'S MOTION TO AMEND

WHEREAS, Third-Party Plaintiffs Acer Investment Group, LLC ("Acer"), Darren Wittwer, and Robert Crema (collectively, the "Third-Party Plaintiffs") filed a joint Motion to Amend (the "Motion") their Third-Party Complaints against ED&F Man Capital Markets, Ltd. ("ED&F") in the above-captioned proceedings on November 29, 2021;

IT IS HEREBY STIPULATED AND AGREED, by and between ED&F and the Third-Party Plaintiffs, that:

1. ED&F shall file its opposition to the Motion on or before February 4, 2022; and

2. The Third-Party Plaintiffs shall file any reply on or before March 4, 2022.

No provision of this Stipulation and Order shall be construed as a waiver of, and ED&F and the Third-Party Plaintiffs expressly reserve, all claims and defenses. This is the second request to modify the briefing schedule for the Motion; the first such request was granted. *See* ECF No. 703.

*[Handwritten annotation: There will be no further extensions absent extraordinary circumstances.]*

By: */s/ Neil S. Binder*
Neil S. Binder
M. Tomas Murphy
Gregory C. Pruden
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone: 212-510-7031
Facsimile: 212-510-7299
nbinder@binderschwartz.com
tmurphy@binderschwartz.com
gpruden@binderschwartz.com

*Attorneys for Third-Party Defendant ED&F Man Capital Markets, Ltd.*

**K&L GATES LLP**

By: */s/ Brandon R. Dillman*
John C. Blessington (*pro hac vice*)
Brandon R. Dillman (*pro hac vice*)
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: 617.261.3100
Facsimile: 617.261.3175
John.Blessington@klgates.com
Brandon.Dillman@klgates.com

*Attorneys for Third-Party Plaintiffs Acer Investment Group, LLC, Darren Wittwer, and Robert Crema*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge
1/6/2022